

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

**ORDER**

NO. 01-20-00773-CV

ML DEV, LP; WINDOW DEV GP, LLP; IGLOO PARTNERS #11, LP; BEAMER ROAD
PARTNERS, LLP; DIXIE FARM PARTNERS, LLP; BLIMP BASE PROJECT, LP; HYAS
CORPORATION LP; KATY I-10 PRAIRIE PARTNERS, LP; WALLER XYZ LP; RANCHO
GENERAL INC.; LAT GP, LLC; LOUIS A. TSAKIRIS FAMILY LIMITED PARTNERSHIP,
LTD.; A. TSAKIRIS FAMILY LIMITED PARTNERSHIP; MICHAEL MAGNESS; LOUIS A.
TSAKIRIS, Appellants

V.

ROSS DRESS FOR LESS, INC., Appellee

Appeal from the 506th District Court of Waller County.
(Tr. Ct. No. CV20-09-0018).

Appellee has moved for expedited issuance of the mandate in this accelerated appeal of
an interlocutory order. Appellee's motion is GRANTED.

The Clerk of this Court is directed to issue the mandate immediately to allow further
proceedings in the trial court. *See* TEX. R. APP. P. 18.6.

It is so ORDERED.


Judge's signature:  /s/ Sarah Beth Landau_____
                ☑  Acting individually　　☐  Acting for the Court

Date:  April 19, 2022